# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VERONICA GAY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Case No.: **1:16-cv-00643** |
| | ) |
| NATIONAL GRID USA SERVICE COMPANY, INC., | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: June 8, 2017

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 8th day of June, 2017, a true and correct copy of the foregoing pleading served via ECF to the below:

Anthony J. Marchetta, Esq.
Day Pitney LLP
One Jefferson Road
Parsippany, NJ 07054-2891
212-297-5827
Fax: 973-206-6659
Email: amarchetta@daypitney.com

/s/ *Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff